JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEMONT CONWAY, | No. CV 16-7115-AG (DFM) |
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES SHERIFF'S DEPARTMENT et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: February 26, 2017

_____
ANDREW J. GUILFORD
United States District Judge